

August 18, 2025

Hon. Alvin K. Hellerstein
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

      Re: *Frederick v. City of New York et al.;* 24-cv-03977 (AKH)

Your Honor,

      We jointly write to request an extension for depositions to be completed and to request a settlement conference.

      Pursuant to the Court's Civil Case Management Plan, depositions must be completed by August 20, 2025. *See* ECF #24. To date, we have completed the depositions of Plaintiff and Defendant Police Officer John Alcantara. Defendant Police Officer Dylan Bushinski is injured and may require spinal surgery. Consequently, he is currently unavailable to be deposed. He is the only remaining person to be deposed. We therefore respectfully request that the deadline for depositions be extended by sixty days. This is our first request for such an extension. Discovery is presently due by December 19, 2025. *See* ECF #24. Our proposed extension would not affect that deadline.

      Given that Defendant Bushinski is currently unavailable, and the parties have mostly completed fact discovery, we believe that a settlement conference would be productive. We respectfully request that the court refer this matter to Honorable Valeria F. Figueredo, the magistrate assigned to this matter, for a settlement conference. *See* Civil Docket Entry dated May 24, 2024.

      Sincerely,

1

# Cody Warner P.C.
CRIMINAL DEFENSE ATTORNEY

_____/s/_____  
Cody Warner, Esq.  
*Counsel for Plaintiff*  
11 Broadway  
Suite 615  
New York, NY 10004  
212-627-3184  
cody@codywarnercriminaldefense.com

_____/s/_____  
KellyAnne Holohan, Esq.  
*Counsel for Defendant*  
New York City Law Department  
Special Federal Litigation  
100 Church Street  
212-356-2249  
kholohan@law.nyc.gov