UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
VAUGHN FREDERICK,

                              Plaintiff,

           -against-

CITY OF NEW YORK, et al.,

                             Defendants.
------------------------------------------------------------------X

24-CV-3977 (AKH)

**ORDER SCHEDULING
PRE-SETTLEMENT
CONFERENCE**

**VALERIE FIGUEREDO, United States Magistrate Judge.**

A pre-settlement conference call in this matter is hereby scheduled for **Thursday, October 9, 2025, at 10:00 a.m**. Counsel for the parties are directed to call Judge Figueredo's Microsoft Teams conference line at the scheduled time. Please dial (646) 453-4442; access code [467 906 516#].

      **SO ORDERED.**

DATED:    New York, New York
              August 21, 2025

_____
VALERIE FIGUEREDO
United States Magistrate Judge