UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------- x

VAUGHN FREDERICK,

                                      Plaintiff,

       -against-

THE CITY OF NEW YORK, ET AL.,

                                  Defendants.

------------------------------------------------------------------------- x

**DECLARATION OF KELLYANNE HOLOHAN IN SUPPORT OF DEFENDANTS CITY, BUSCHINSKI, ALCANTARA'S NOTICE OF SUBSTITUTION OF COUNSEL**

24-CV-3977 (AKH)

        **KELLYANNE HOLOHAN,** an attorney duly admitted to practice in the Southern District of New York, declares, under penalty of perjury and pursuant to 28 U.S.C. § 1746, that the following is true and correct:

        1.     I am an Assistant Corporation Counsel in the Office of Muriel Goode-Trufant Corporation Counsel of the City of New York, and counsel of record for defendant City of New York in the above-captioned action.

        2.     I will be leaving the New York City Law Department on September 29, 2025 after which time I will have no involvement in this matter.

        3.     The representation of defendants City of New York, Dylan Buschinski, and John Alcantara has been transferred to another Assistant Corporation Counsel at my office, who is filing a notice of substitution of counsel along with this declaration.

        [REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK]

4. Please terminate me from the docket sheet as counsel of record and replace me with the attorney whose name and information appears on the notice of substitution of counsel.

Dated: September 22, 2025
      New York, New York

By: */s/ KellyAnne Holohan*
KellyAnne Holohan
*Assistant Corporation Counsel*
Special Federal Litigation Division