Case 1:24-cv-03977-AKH    Document 37    Filed 10/08/25    Page 1 of 1



| | | |
|---|---|---|
| **MURIEL GOODE-TRUFANT**<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **JOHN MCLAUGHLIN**<br>*Assistant Corporation Counsel*<br>Phone: (212) 356-2670<br>Fax: (212) 356-3509<br>jmclaugh@law.nyc.gov |

October 8, 2025

So ordered
10/16/25
/s/ Alvin K. Hellerstein

**BY ECF**
Honorable Alvin K. Hellerstein
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re:     Vaughn Frederick v. City of New York, et al.,
        24 Civ. 3977 (AKH)

Your Honor:

      I am an Assistant Corporation Counsel in the Office of Muriel Goode-Trufant, Corporation Counsel of the City of New York. I write pursuant to Rule 1.4 of the Local Civil Rules of the United States District Courts for the Southern and Eastern Districts of New York to request that the Court issue an Order substituting the undersigned as counsel of record on behalf of defendants City of New York, Dylan Buschinski, and John Alcantara in place of Assistant Corporation Counsel Kellyanne Holohan, Esq. Simultaneously herewith, I am also filing a notice of substitution of counsel and affidavit from Ms. Holohan. I therefore respectfully request that Kellyanne Holohan be removed as attorney of record in this matter.

      Defendants thank the Court for its time and consideration of this request.

Respectfully submitted,

*John McLaughlin* /s/

John McLaughlin
*Assistant Corporation Counsel*

Cc:    **VIA ECF**
       Cody Warner, Esq.
       *Attorney for Plaintiff*