# Cody Warner P.C.

October 15, 2025



*So ordered*
*10-16-25*
*Alvin K. Hellerstein*

Hon. Alvin K. Hellerstein
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

      *Re: Frederick v. City of New York et al.; 24-cv-03977 (AKH)*

Your Honor,

    We jointly write to request a 60-day extension for depositions and discovery to be completed.

    Presently, depositions must be completed by October 19, 2025 (*See* ECF #33), and discovery must be completed by December 19, 2025 (*See* ECF #24). To date, we have completed the depositions of Plaintiff and Defendant Police Officer John Alcantara. Defendant Police Officer Dylan Buschinski is currently unable to be deposed because he was injured and may require spinal surgery. He is the only remaining person to be deposed.

    Due to the considerable discovery already exchanged and Officer Buschinski's unavailability, the parties requested a settlement conference, which the Court granted on August 20, 2025, by referring the case to Magistrate Judge Valerie Figueroa. *See* ECF #34. The parties have conferred with Judge Figueroa, and we expect a settlement conference date to be scheduled in November.

    Since Officer Buschinski remains unavailable and the parties will engage in a forthcoming settlement conference, we respectfully request that the deposition deadline be extended to December 19, 2025, and the discovery deadline be extended to February 19, 2026. This is our first request for an extension of the discovery deadline and second request for the deposition deadline to be extended.

    Respectfully submitted,

11 Broadway
Suite 615
New York, NY 10004

telephone: 212-627-3184
email: cody@codywarnercriminaldefense.com
web: codywarnercriminaldefense.com

# Cody Warner P.C.

| | |
|---|---|
| /s/ | /s/ |
| Cody Warner, Esq. | John McLaughlin, Esq. |
| *Counsel for Plaintiff* | *Counsel for Defendants* |
| 11 Broadway | New York City Law Department |
| Suite 615 | Special Federal Litigation |
| New York, NY 10004 | 100 Church Street |
| 212-627-3184 | 212-356-2670 |
| cody@codywarnercriminaldefense.com | jmclaugh@law.nyc.gov |

11 Broadway | telephone: 212-627-3184
Suite 615 | email: cody@codywarnercriminaldefense.com
New York, NY 10004 | web: codywarnercriminaldefense.com