UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
VAUGHN FREDERICK,

                              Plaintiff,

      -against-

CITY OF NEW YORK, et al.,

                              Defendants.
------------------------------------------------------------------X

24-CV-3977 (AKH)

**ORDER SCHEDULING SETTLEMENT CONFERENCE**

**VALERIE FIGUEREDO, United States Magistrate Judge.**

      The Court held a pre-settlement conference in this matter on October 9, 2025. At the pre-settlement conference, the New York City Law Department indicated it had not obtained settlement authority and thus could not schedule a conference. The Court gave the Law Department time to obtain settlement authority, which they have indicated they will have in the near future.

      Given that, a settlement conference in this matter is hereby scheduled for **Monday, January 5, 2026 at 10:00 a.m.**, in Courtroom 17-A, United States Courthouse, 500 Pearl Street, New York, New York. Corporate parties must send the person with decision making authority to settle the matter to the conference. The parties are instructed to prepare pre-conference submissions in accordance with Judge Figueredo's Standing Order Applicable to Settlement Conferences (located at https://www.nysd.uscourts.gov/hon-valerie-figueredo). Pre-conference submissions must be received by the Court no later than **December 29, 2025**.

      **SO ORDERED.**

DATED:    New York, New York
              December 16, 2025

_____
VALERIE FIGUEREDO
United States Magistrate Judge