

**THE CITY OF NEW YORK**

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

# LAW DEPARTMENT
100 Church Street
NEW YORK, NY 10007

**JOHN MCLAUGHLIN**
Phone: (212) 356-2670
Fax: (212) 356-3509
jmclaugh@law.nyc.gov
*Assistant Corporation Counsel*

December 15, 2025

**BY ECF**
Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

> The parties request for a stay is granted. The parties shall file a joint status update no later than January 15, 2026 as articulated herein.
> SO ORDERED.
> /s/ Alvin K. Hellerstein, U.S.D.J.
> 12/16/2025

    Re:    <u>Vaughn Frederick v. The City of New York, et al.</u>,
              24 Civ. 3977 (AKH)

Your Honor:

        Counsel for Plaintiff Vaughn Frederick and Defendants City of New York, P.O. Dylan Buschinski, and P.O. John Alcantara respectfully submit this joint request to stay the current deposition and discovery deadlines pending a settlement conference before the Honorable Valerie Figueredo, U.S.M.J., to whom this matter has been referred for settlement proceedings.

        The Court's current schedule sets (i) the deadline for depositions as December 19, 2025, and (ii) the deadline for fact discovery as February 19, 2026.

        The parties submit that a brief stay is warranted because: (i) Defendants are still working to obtain settlement authority, in light of the fact that an officer was injured in connection with the incident at issue; and (ii) Officer Buschinski—the primary individual defendant—presently is unable to sit for a deposition due to his physical condition. Rather than attempt to schedule a deposition that would necessarily be constrained by his current medical limitations, the parties believe the most efficient course is to pause discovery and pursue settlement.

        Accordingly, the parties respectfully request that the Court stay all fact discovery, including the deposition deadline and fact discovery deadline, pending a settlement conference. The parties further propose that they will file a joint status update no later than January 15, 2026, advising the Court of (i) the parties' availability for a settlement conference before Judge Figueredo, and (ii) next steps, including proposed revised discovery deadlines following the settlement conference (if necessary).

In the alternative, if the Court prefers not to enter a short stay, the parties jointly request a 60-day extension of the current deadlines, such that the deadline for depositions is extended to February 17, 2026, and fact discovery is extended to April 20, 2026.

The parties thank the Court for its time and consideration.

Respectfully Submitted,

*John McLaughlin* /s/

John McLaughlin
Attorney for Defendants
*Assistant Corporation Counsel*
New York City Law Department
100 Church Street
New York, NY 10007
(212) 356-2670
jmclaugh@law.nyc.gov

Cc:     **VIA ECF**
Honorable Valerie Figueredo
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Cody Warner
Cody Warner, P.C.
11 Broadway
Suite 615
New York, NY 10004
212-627-3184
Email: cody@codywarnercriminaldefense.com
*Attorney for Plaintiff*

ii