

**THE CITY OF NEW YORK**

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

# LAW DEPARTMENT
100 Church Street
NEW YORK, NY 10007

**JOSEPH ZANGRILLI**
Phone: (212) 356-2657
Fax: (212) 356-3509
jzangril@law.nyc.gov
*Senior Counsel*

December 29, 2025

**BY ECF**
Honorable Valerie Figueredo
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:  <u>Vaughn Frederick v. City of New York, et al.</u>, 24 Civ. 3977 (AKH)

Your Honor:

I am a Senior Counsel in the office of Muriel Goode-Trufant, Corporation Counsel of the City of New York, and one of the attorneys representing the City of New York, Police Officer Dylan Buschinski, and Police Officer John Alcantara in the above-captioned matter. The Defendants submit this letter motion to respectfully request a brief adjournment of the settlement conference currently scheduled for January 5, 2026, and a corresponding adjustment to the parties' confidential pre-conference submission deadline. Plaintiff's Counsel, Cody Warner, Esq., consents to this request.

Defendants have been working to obtain settlement authority since the discovery hearing on October 9, 2025. Earlier this month, Defendants indicated that we anticipated having final authority by the end of this month. However, the need to confer with and obtain approvals from multiple additional agencies in light of case-related complexities, together with the intervening holidays, have caused delay in securing final authority. Accordingly, the Defendants respectfully submit that a short adjournment is warranted to avoid expending the Court's and the parties' resources on a conference that cannot be productive without final settlement authority.

The parties have conferred and are available for a rescheduled settlement conference on any of the following dates:

- January 12, 2026
- January 13, 2026
- January 15, 2026 (afternoon)
- January 19, 2026 (afternoon)

In addition, because the current confidential pre-conference submission deadline falls before Defendants can meaningfully address settlement numbers without final authority, the parties respectfully request that the deadline for the parties' confidential submissions be extended to seven (7) days before the rescheduled conference (or on any other date the Court directs).

The Defendants thank the Court for its time and consideration of this matter.

Respectfully Submitted,

/s/ Joseph Zangrilli

Joseph Zangrilli
Attorney for Defendants
*Senior Counsel*
New York City Law Department
100 Church Street
New York, NY 10007
(212) 356-2657
jzangril@law.nyc.gov

Cc: **VIA ECF**
*All counsel of record.*

ii