UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
VAUGHN FREDERICK,

                        Plaintiff,

      -against-

CITY OF NEW YORK, et al.,

                       Defendants.
------------------------------------------------------------------X

24-CV-3977 (AKH)

**ORDER SCHEDULING SETTLEMENT CONFERENCE**

**VALERIE FIGUEREDO, United States Magistrate Judge.**

      Per Defendants' request at ECF No. 45, the settlement conference in this matter is hereby rescheduled for **Thursday, March 26, 2026 at 10:00 a.m.**, in Courtroom 17-A, United States Courthouse, 500 Pearl Street, New York, New York. Corporate parties must send the person with decision making authority to settle the matter to the conference. The parties are instructed to prepare pre-conference submissions in accordance with Judge Figueredo's Standing Order Applicable to Settlement Conferences (located at https://www.nysd.uscourts.gov/hon-valerie-figueredo). Pre-conference submissions must be received by the Court no later than **March 19, 2026**.

      The Clerk of the Court is respectfully directed to close the motion at ECF No. 45.

      **SO ORDERED.**

DATED:    New York, New York
              December 30, 2025

                                                             _____
                                                              VALERIE FIGUEREDO
                                                              United States Magistrate Judge