# Cody Warner P.C.

January 12, 2026

Hon. Alvin K. Hellerstein
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

      *Re: Frederick v. City of New York et al.; 24-cv-03977 (AKH)*

Your Honor,

    We write to provide the Court with a status update.

    On December 16, 2025, the Court granted the parties' joint motion to stay discovery until the parties conduct a settlement conference. *See* ECF #43. A settlement conference with Magistrate Judge Valerie Figueredo is scheduled for March 26, 2026.

    The parties propose to provide the Court with another status update on April 9, 2026, which is two weeks after the scheduled settlement conference.

    Respectfully submitted,

| | |
|---|---|
| /s/ | /s/ |
| Cody Warner, Esq. | John McLaughlin, Esq. |
| *Counsel for Plaintiff* | *Counsel for Defendants* |
| 11 Broadway | New York City Law Department |
| Suite 615 | Special Federal Litigation |
| New York, NY 10004 | 100 Church Street |
| 212-627-3184 | 212-356-2670 |
| cody@codywarnercriminaldefense.com | jmclaugh@law.nyc.gov |

11 Broadway | telephone: 212-627-3184
Suite 615 | email: cody@codywarnercriminaldefense.com
New York, NY 10004 | web: codywarnercriminaldefense.com