UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
VAUGHN FREDERICK,

                    Plaintiff,

    -against-

CITY OF NEW YORK, et al.,

                    Defendants.
------------------------------------------------------------------X

24-CV-3977 (AKH)

**ORDER RESCHEDULING SETTLEMENT CONFERENCE**

**VALERIE FIGUEREDO, United States Magistrate Judge.**

The settlement conference in this matter is hereby rescheduled for **Thursday, April 30, 2026 at 10:00 a.m.**, in Courtroom 17-A, United States Courthouse, 500 Pearl Street, New York, New York. Corporate parties must send the person with decision making authority to settle the matter to the conference. The parties are instructed to prepare pre-conference submissions in accordance with Judge Figueredo's Standing Order Applicable to Settlement Conferences (located at https://www.nysd.uscourts.gov/hon-valerie-figueredo). Pre-conference submissions must be received by the Court no later than **April 23, 2026**.

**SO ORDERED.**

DATED:    New York, New York
                 January 27, 2026

                                                            VALERIE FIGUEREDO
                                                            United States Magistrate Judge