UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
                                                              :
VAUGHN FREDERICK,                                             :
                                                              :     **ORDER**
                                        Plaintiff,            :
                                                              :     24 Civ. 3977 (AKH)
        -against-                                             :
                                                              :
CITY OF NEW YORK, ET AL.,                                     :
                                                              :
                                        Defendants.           :
                                                              :
------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

        A suggestion of settlement having been made, this case is dismissed.  If the settlement is

not consummated within 30 days of this order, or an authorized enlarged date, either party may

apply by letter for restoration of the action within 10 days after the close of said period.

        All pending court dates are cancelled.  The Clerk is directed to terminate any open

motions and close the case.

                SO ORDERED.

Dated:          May 13, 2026
                New York, New York                          ALVIN K. HELLERSTEIN
                                                            United States District Judge