UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------- x

VAUGHN FREDERICK,

**STIPULATION AND**
Plaintiff,   **ORDER OF DISMISSAL**

-against-          24 CV 3977 (AKH)

CITY OF NEW YORK, POLICE OFFICER DYLAN
BUSCHINSKI, POLICE OFFICER JOHN ALCANTARA,

Defendants.
-------------------------------------------------------------------------- x

**WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that

1.  The above-referenced action is hereby dismissed with prejudice.

Dated: New York, New York
        _____May 14_____, 2026

CODY WARNER, P.C.
*Attorney for Plaintiff*
11 Broadway, Suite 615
New York, NY 10004
(212) 627-3184


By: ____*Cody Warner*____
      Cody Warner
      *Attorney for Plaintiff*

STEVEN BANKS
Corporation Counsel of the
    City of New York
*Attorney for Defendants City of New York,*
    *Buschinski and Alcantara*
100 Church Street, 3rd Floor
New York, New York 10007

By: _____
      Joseph Zangrilli
      *Senior Counsel*

SO ORDERED:

_____
HON. ALVIN K. HELLERSTEIN
UNITED STATES DISTRICT JUDGE

Dated: _____, 2026

2