UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------- X

VAUGHN FREDERICK,

                                            Plaintiff,

                -against-

CITY OF NEW YORK, POLICE OFFICER DYLAN
BUSCHINSKI, POLICE OFFICER JOHN ALCANTARA,

                                        Defendants.
-------------------------------------------------------------------------- X

**STIPULATION AND
ORDER OF DISMISSAL**

24 CV 3977 (AKH)

        **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

        **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that

1.    The above-referenced action is hereby dismissed with prejudice.

Dated: New York, New York
_____May 14_____, 2026


CODY WARNER, P.C.                          STEVEN BANKS
*Attorney for Plaintiff*                   Corporation Counsel of the
11 Broadway, Suite 615                          City of New York
New York, NY 10004                         *Attorney for Defendants City of New York,*
(212) 627-3184                                  *Buschinski and Alcantara*
                                           100 Church Street, 3rd Floor
                                           New York, New York 10007

By: _Cody Warner_____          By: _Joseph Zangrilli_____
      Cody Warner                              Joseph Zangrilli
      *Attorney for Plaintiff*                 *Senior Counsel*


                                           SO ORDERED:

                                           _Alvin K. Hellerstein_____
                                           HON. ALVIN K. HELLERSTEIN
                                           UNITED STATES DISTRICT JUDGE

                                           Dated: ___May 14___, 2026


2